1  MICHAEL A. LAURENSON (SBN 190023)
   MARK S. POSARD (SBN 208790)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  (415) 986-5900
   (415) 986-8054
5
   Attorneys For Defendant
6  SACRAMENTO CITY UNIFIED
   SCHOOL DISTRICT
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 THERESA LOPEZ, *et al.*,            )   CASE NO. 2:05-CV-00936-WBS-PAN
                                       )
11                 Plaintiffs,         )   **STIPULATION & [PROPOSED]**
                                       )   **ORDER RE: RESPONSIVE PLEADING**
12           vs.                       )   **AND PRETRIAL SCHEDULING**
                                       )   **CONFERENCE**
13 SACRAMENTO CITY UNIFIED SCHOOL      )
   DISTRICT, *et al.*                  )
14                                     )
                   Defendants.         )
15 _____    )

16        WHEREAS counsel are in the process of meeting and conferring about the Complaint in

17 order to avoid unnecessary motion practice; and,

18        WHEREAS based on said meet and confer efforts plaintiffs intend to file an amended

19 complaint and therefore have stipulated to extend defendants' time to respond to the operative

20 complaint; and,

21        WHEREAS the Court's current Pretrial Scheduling Order requires counsel to develop

22 their discovery plan by July 25, 2005, and submit a Joint Status Report by August 1, 2005, in

23 preparation for the Status Conference on August 15, 2005;

24        THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their

25 attorneys, that defendants shall not be required to respond to the Complaint presently on file and

26 that the status conference calendar shall be continued by at least 30 days.

27

28

*Left margin (vertical text):* Gordon & Rees LLP / Embarcadero Center West / 275 Battery Street, Suite 2000 / San Francisco, CA 94111

1  Dated:  July 27, 2005                    LANAHAN & FEILLEY, LLP

2                                             /s/  Gigi Knudtson
                                            GIGI KNUDTSON
3                                           Attorneys for Plaintiffs

4  Dated:  July 27, 2005                    GORDON & REES, LLP

5
                                            By: /s/ Michael A. Laurenson
6                                           MICHAEL A. LAURENSON
                                            Attorneys for Defendant
7                                           SACRAMENTO CITY UNIFIED
                                            SCHOOL DISTRICT
8

9          Good cause appearing therefore based on the above stipulation of the parties, IT IS

10 HEREBY ORDERED that:

11         1.      Plaintiffs shall have until August 12, 2005 to file an amended complaint.

12 Defendants need not respond to the complaint currently on file.

13         2.      The parties shall have until August 29, 2005 to confer and develop a proposed

14 discovery plan.

15         3.      The parties shall have until August 29, 2005 to file a Joint Status Report.

16         4.      The Status (pretrial scheduling) Conference, currently set for August 15, 2005, at

17 9:00 a.m., is hereby continued to September 12, 2005 at 9:00 a.m..

18

19 Dated:  July 28, 2005

20

21                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111